No. A–452 (78–951). MORTON v. MORTON. Ct. App. Cal., 2d App. Dist. Application for stay, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. A–580 (78–437). CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE v. WESTCOTT ET AL.; and

No. A–374 (78–689). SHARP, COMMISSIONER, DEPARTMENT OF PUBLIC WELFARE OF MASSACHUSETTS v. WESTCOTT ET AL. D. C. Mass. [Probable jurisdiction noted, *ante,* p. 1044.] Application of the Solicitor General for stay of judgment of the United States District Court for the District of Massachusetts, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, granted pending this Court's final disposition of the cases. MR. JUSTICE BRENNAN would deny the application. Application of the Attorney General of Massachusetts for partial stay of judgment of the United States District Court for the District of Massachusetts, addressed to MR. JUSTICE REHNQUIST and referred to the Court, denied.

No. A–601. LYNCH ET AL. v. UNITED STATES. Application for stay of mandate of the United States Court of Appeals for the District of Columbia Circuit, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.

No. D–70. IN RE DISBARMENT OF WEBER. Disbarment entered. [For earlier order herein, see 429 U. S. 936.]

No. D–124. IN RE DISBARMENT OF LINDSAY. Disbarment entered. [For earlier order herein, see 434 U. S. 979.]

No. 77–1497. ARKANSAS v. SANDERS. Sup. Ct. Ark. [Certiorari granted, *ante,* p. 891.] Motion of respondent for leave to proceed further herein *in forma pauperis* granted. Motion for appointment of counsel granted, and it is ordered that Jack T. Lassiter, Esquire, of Little Rock, Ark., be appointed to serve as counsel for respondent in this case.